HANDY v. GREENVILLE COUNTY.

RULED by preceding case of Duncan *v.* Greenville County.

Before TOWNSEND, J., Greenville, August, 1904. Affirmed.

Action by W. R. Handy against Greenville County. From judgment overruling demurrer, defendant appeals.

*Messrs. T. K. Earle* and *Shuman & Muckenfuss,* for appellant.

*Messrs. Blythe & Blythe,* contra.

March 17, 1905. The opinion of the Court was delivered by

MR. CHIEF JUSTICE POPE. The precise state of facts set forth in Rosa Duncan *v.* Greenville County exists in the case at bar. Our judgment in the last cited case affirmed the Circuit judgment.

It is, therefore, ordered, that the judgment of this Court affirms the judgment of the Circuit Court, and the action be, and the same is, remitted to the Circuit Court for such further proceedings as may be necessary.